Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_Eastern_ District of _Virginia_
___ Division

**FILED**
NOV 28 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

3:18cv823

Case No. _____
*(to be filled in by the Clerk's Office)*

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Justin L. Jones

-v-

Jury Trial: (check one) [X] Yes [ ] No

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Michelle C. Wilson

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Justin Lemar Jones |
| Street Address | 13926 Hull Street Rd #123 |
| City and County | Midlothian/Chesterfield |
| State and Zip Code | Virginia 23112 |
| Telephone Number | 208 699 5805 |

| E-mail Address | IDynamic.customs@icloud.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Michelle C. Wilson |
| Job or Title *(if known)* | Registered Agent |
| Street Address | 4403 New Kent Avenue |
| City and County | Richmond |
| State and Zip Code | Virginia 23225 |
| Telephone Number | (804) 748-1278 |
| E-mail Address *(if known)* | Crimesolvers@chesterfield.gov |

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

| | [X] Federal question | | Diversity of citizenship |

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

| |
|---|
| 47 U.S. Code §558 (Libel) (slander) (defamation) |

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    | | | |
    |---|---|---|
    | The plaintiff, *(name)* | | , is a citizen of the |
    | State of *(name)* | | . |

    b. If the plaintiff is a corporation

    | | | |
    |---|---|---|
    | The plaintiff, *(name)* | | , is incorporated |
    | under the laws of the State of *(name)* | | , |
    | and has its principal place of business in the State of *(name)* | | . |

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    | | | |
    |---|---|---|
    | The defendant, *(name)* | | , is a citizen of |
    | the State of *(name)* | | . Or is a citizen of |
    | *(foreign nation)* | | . |

    b. If the defendant is a corporation

    | | | |
    |---|---|---|
    | The defendant, *(name)* | | , is incorporated under |
    | the laws of the State of *(name)* | | , and has its |
    | principal place of business in the State of *(name)* | | . |
    | Or is incorporated under the laws of *(foreign nation)* | | , |
    | and has its principal place of business in *(name)* | | . |

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

    | | |
    |---|---|
    | | |

**III.     Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including

the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 3/14/2018, the orginization failed to remove a publicated "WANTED" post, that Included, the plaintiffs, who is self employed, picture, name and Alias. The orginization negligently left this fabricated act of libel active for 7 months, Even after being contacted and asked to Remove. This post was cross refrenced with my bussiness profiles on networks such as Linkedin, and facebook. I was herrassed and humiliated.

**IV. Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I Request that the Courts award 3x the amount in legal earnings that the plaintiff can prove, in "punitive damages" to equal $218,652.00; for the 7 months this was published. I also ask the courts to award $825,000.00 in Actual damages; Because I was denied Angel investor equity funding because of the post.

**V. Certification and Closing**

I am seeking relief to leave the County, state, and coast of virginia. I am currently still being harrassed because of this post on social networks. I am seeking a total of $1,043,652.00.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| Date of signing: | | 11/20/2018 |
|---|---|---|
| Signature of Plaintiff | *Justin Jones* | |
| Printed Name of Plaintiff | Justin Jones | |

**B.    For Attorneys**

| Date of signing: | | |
|---|---|---|
| Signature of Attorney | | |
| Printed Name of Attorney | | |
| Bar Number | | |
| Name of Law Firm | | |
| Street Address | | |
| State and Zip Code | | |
| Telephone Number | | |
| E-mail Address | | |



MONEY ORDER
ENCLOSED

701 E Broad ST
Richmond, VA
23219

From: Justin Jones
13926 Hull St. Rd
#123
Midlothian, VA
23112