*(screenshot of phone showing search results)*

11:19 AM
October 19
7:38 PM

Edit

justin lamar jones

ALL    NEWS    IMAGES    VIDEOS    MAPS

**WANTED: Justin Lamar Jones - Crime ...**
Crime Solvers › jones

Justin Lamar Jones is wanted by Chesterfield County.

**Justin Lamar Jones Profiles | Facebook**
Facebook › public › Justin-Lamar-Jones

View the profiles of people named Justin Lamar Jones. Join Facebook to connect with Justin Lamar Jones and others you may know. Fac...

**Justin Lamar Jones | Fac**
k › justinlamar j

Handwritten annotation: "On 10/19/2018 I was NOT wanted by Chesterfield County Police."

From: **Crime Solvers** crimesolvers@chesterfield.gov
Subject: **RE:**
Date: **Oct 31, 2018 at 6:45:00 AM**
To: **Dynamic Customs** dynamic.customs@icloud.com

Good Morning Sir-

According to our records, you contacted our organization on October 1, 2018 to inform us of your warrant service. According to our response to you, we tok your information was removed on 10/1/2018 at 9:49am.

What you saw on the 19th were Google search results. When you google a name or photograph and "cookies" are enabled on your search engine, previous information about your previous visit. In other words, your individual browser remembers what you'd previously visited online. If you would have clicked on t

Keep in mind, cookies are enabled on all devices until the user turns them off. Your search using "Justin Lamar Jones" would look different than anyone els

We really want you to feel satisfied that we've done everything we could to help with your request on October 1st. I've included screenshots of our site histo screenshot of the site that had your picture and information on it immediate after it was removed. You'll see the 404 is not found.

I've also included our site's activity on 19th, as well, to show you we did not add you information to our site again. "5K Ban" is 5K Banner and that is when I

I understand your frustration with this and how much you want this to be left in the past. I can assure you we took your information off the internet immediat malice on our end and we certainly wish you all the best going forward. If there is anything else we can do to help you, please let us know.

Thank you very much for contacting us. We promise to continue working with you until you are satisfied.

**Chesterfield County/Colonial Heights Crime Solvers**
P.O. Box 148
Chesterfield, VA 23832
(804) 748-1278 (Business line)
(804) 748-0660 (Anonymous Tipline)


From: Dynamic Customs <dynamic.customs@icloud.com>
Sent: Tuesday, October 30, 2018 5:32 PM
To: Crime Solvers <crimesolvers@chesterfield.gov>
Subject:

I'm contacting this organization again with my concerns and some questions regarding why your organization thought it was appropriate to slander my nam internet . Your organization has caused great harm to me financially because of this . This isn't just an accident , I don't want to hear the bullcrap. Someone contacting the person or individual responsible for such a childish act , especially given that I proof on numerous occasions that I requested this to be remo thing . I included very specific requests . I was informed that it didn't come down till 10-26-2018. I strongly believe this act of ignorance has was intentional. warrants were served in February, so for 9 months you mean to tell me it took for that come down ?
I await such a ridiculous response .





← → C ⌂  🔒 https://www.crimesolvers.net/jones



PAG

We looked e

Are you sure

Get in touch

Go Back



Show | All Revisions

☆ Oct 19, 2018 10:49 AM - 1793
   Site Owner

☆ Oct 19, 2018 10:44 AM - 5K Ban
   Site Owner

☆ Oct 1, 2018 9:49 AM - Jones, J
   Published  Site Owner

☆ Oct 1, 2018 9:48 AM - Log In
   Manually Saved  Site Owner

— Removed 10/1/2018



## Justin Lamar Jones Profiles | Facebook
Facebook › public › Justin-Lamar-Jones

View the profiles of people named Justin Lamar Jones . Join Facebook to connect with Justin Lamar Jones and others you may know. Facebook gives people the.

## Justin L Jones Profiles | Facebook
Facebook › public › Justin-L-Jones

View the profiles of people named Justin L Jones. Join Facebook to connect with Justin L Jones and others you may know. Facebook gives people the power...

## WANTED: Justin Lamar Jones - Crime Solvers
Crime Solvers › jones

Justin Lamar Jones is wanted by Chesterfield County.

## PressReader - The Progress-Index: 2017-11-21 - Fugitives of the week
PressReader › usa › the-progress-index

# WARRANT OF ARREST—MISDEMEANOR (STATE)
COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

**Chesterfield**
CITY OR COUNTY

☒ General District Court  ☒ Criminal  ☐ Traffic
☐ Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **08/11/2017 to 08/17/2017** did unlawfully in violation of Section
DATE

**18.2-60.3**_____, Code of Virginia:

on more than one occasion engage in conduct directed at Officer J.L. Webster with the intent to place, or when the accused knew or reasonably should have known that the conduct placed, such person in reasonable fear of death, criminal sexual assault, or bodily injury to that person or to that person's family or household member.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

**Webster, J.L. CPD #462    Chesterfield County Police**_____, Complainant.

Execution by summons ☐ permitted at officer's discretion. ☒ not permitted.

**08/18/2017 11:18 PM**
DATE AND TIME ISSUED

_Z. Wakilpoor_  ☐ CLERK  ☒ MAGISTRATE  ☐ JUDGE

Apprehended
2/14/2018
Served
3/14/2018

CCRE May be Required

FORM DC-314 (MASTER, PAGE ONE OF TWO) 07/11

---

CASE NO.

**ACCUSED:**
Jones, Justin Lamar
LAST NAME, FIRST NAME, MIDDLE NAME

**8415 Whirlaway Drive**
ADDRESS/LOCATION

**Midlothian, VA 23112**

To be completed upon service as Summons
Mailing address ☐ Same as above
☐ _____

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|------|-----|------------------|-------------|------|------|------|
| B | M | 01/12/1992 | 5' 11" | 180 | BRO | BLK |

SSN: ~~~~~~~~~

DL# _____ STATE ____

☐ Commercial Driver's License

**CLASS 1 MISDEMEANOR**

☒ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

**3-13-18    1150**
DATE AND TIME OF SERVICE

**D.B. Wingo**_____, ARRESTING OFFICER

**276    CSD    020**
BADGE NO. AGENCY AND JURISDICTION

for _Leonard_
SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition):
**STALKING: REASONABLE FEAR OF DEATH/ASSAULT/ETC**

Offense Tracking Number:
**041GM1700026035**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**STK-2109-M1**

**STATE**

COPY COPY COPY COPY **M**

Hearing Date/Time