```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683042139
Cashier ID: lbreeden
Transaction Date: 11/28/2018
Payer Name: JUSTIN LEMAR JONES
------------------------------------
CIVIL FILING FEE
 For: JUSTIN LEMAR JONES
 Amount:        $400.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 10688761009
 Amt Tendered: $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

Case #3:18-cv-00823
```