IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JUSTIN L. JONES,
        Plaintiff,

v.                                                    Civil Action No. 3:18-cv-823

MICHELLE C. WILSON,
        Defendant.

## ORDER

This matter comes before the Court on its own initiative. On November 28, 2018, the plaintiff filed a complaint against Michelle C. Wilson.[1] Federal courts are courts of limited jurisdiction. They can only hear cases that present a federal question, 28 U.S.C. § 1331, and cases for over $75,000 that arise between citizens of different states, 28 U.S.C. § 1332. If a case fits neither of these situations, the court lacks subject matter jurisdiction. Accordingly, federal courts have a "duty to inquire, *sue sponte*, whether a valid basis for jurisdiction exists, and to dismiss the action if no such ground appears." *In re Bulldog Trucking, Inc.*, 147 F.3d 347, 352 (4th Cir. 1998).

The Court, therefore, DIRECTS the plaintiff to identify why this Court has either federal question or diversity jurisdiction over his case within fourteen (14) days of this Order.[2]

It is so ORDERED.

Let the Clerk send a copy of this Order to the pro se plaintiff via U.S. Mail.

Date: 3 Dec. 2018
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge

---

[1] According to the complaint, Wilson is the registered agent for Chesterfield County/Colonial Heights Crime Solvers.

[2] The federal statute that the plaintiff cites in his complaint pertains to civil liability for cable programmers or cable operators. 47 U.S.C. § 558.