UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__RICHMOND__ DIVISION

__Justin L. Jones__
Plaintiff(s),

v.

__Chesterfield Colonial heights Crime Solvers__
Defendant(s).

Civil Action Number: __3:18-cv-00823-JAG__

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

No attorney has prepared, or assisted in the preparation of __CCCS__.
(Title of Document)

__Justin Jones__
Name of *Pro Se* Party (Print or Type)

__/s/__
Signature of *Pro Se* Party

Executed on: __12/3/18__ (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)